IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY LEGGITT** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 05-5845 |
| | : | |
| **JOHN PALAKOVICH, et al.,** | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this 21st day of June, 2006, after careful consideration of the pleadings, and the record herein, a review of the Report and Recommendation of Magistrate Judge Peter B. Scuderi (Document # 9), and petitioner's objections to the Report and Recommendation (Document # 10), it is hereby **ORDERED** that:

1) The Report and Recommendation is **APPROVED and ADOPTED**.

2) The Petition for Writ of Habeas Corpus is denied and dismissed without an evidentiary hearing.

3) The Clerk of Courts shall mark this case as closed for all purposes.

BY THE COURT:

 s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.